UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELISSA HUNT,

    Plaintiff,

-vs-

SYNCHRONY BANK.,              CASE NO.:  6:17-CV-631-ORL31TBS
and GEMPACT, LLC.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, MELISSA HUNT, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MELISSA HUNT, and Defendants, SYNCHRONY BANK., and GENPACT, LLC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.   Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via E-Filing on this 7th day of August, 2017 to all parties of record.

                      /s/ Shaughn C. Hill, Esquire
                      Shaughn C. Hill, Esquire
                      Morgan & Morgan, Tampa,  P.A.
                      One Tampa City Center
                      Tampa, FL 33602
                      Tele:  (813) 223-5505
                      Fax:  (813) 223-5402

shill@forthepeople.com
Florida Bar #:  0105998
Attorney for Plaintiff